


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CENTENNIAL BROADCASTING, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GARY E. BURNS<br><br>and<br><br>3 DAUGHTERS MEDIA, INC.,<br><br>*Defendants.* | CIVIL ACTION NO. 6:06-CV-00006<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' Motion to Dissolve Preliminary Injunction, filed May 3, 2006. For the reasons stated in the accompanying Memorandum Opinion, the Motion is DENIED. The hearing on the motion currently scheduled for June 12, 2006, at 2:00 p.m. is hereby CANCELLED.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: *(signature)*
U.S. District Judge

June 8, 2006
Date